# AFFIDAVIT OF SERVICE

| Case: 1:22-cv-00774-RLY-MG | Court: United States of District Court for the Southern District of Indiana | County: , IN | Job: 6978684 |
|---|---|---|---|
| Plaintiff / Petitioner: Karen Brown | | Defendant / Respondent: WLCC Lending FDL d/b/a Fast Day Loans | |
| Received by: HSPS Legal Services | | For: Edelman, Combs, Latturner and Goodwin, LLC | |
| To be served upon: Bret A Crandall | | Court Date: | |

I, Kyle Knight, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Bret A Crandall, 1707 Randall Dr, Solon, IA 52333
**Manner of Service:** Personal/Individual, Apr 29, 2022, 3:37 pm CDT
**Documents:** Summons; Complaint; Exhibit(s) (Received Apr 20, 2022 at 1:26pm CDT)

**Additional Comments:**
1) Successful Attempt: Apr 29, 2022, 3:37 pm CDT at 1707 Randall Dr, Solon, IA 52333 received by Bret A Crandall. (Server's visual approximation) Age: 50; Ethnicity: Caucasian; Gender: Male; Weight: 220; Height: 5'8"; Hair: Gray; Eyes: Brown; Bret came to the door and accepted documents

Fees:
State of: IA ) ) SS:
County of: Johnson )

Kyle Knight    5/6/22
Date

HSPS Legal Services
160 Southgate Ave Ste A
Iowa City, IA 52240
319-354-2010

Signed and sworn to before me, a notary public, on this 6 day of May, 2022

Notary Public
1-28-25
My Commission Expires

CHELSEY ROBISON
Commission Number 794243
My Commission Expires
January 28, 2025

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

KAREN BROWN, on behalf of Plaintiff and the class members described herein,

*Plaintiff(s)*

v.

WLCC LENDING FDL d/b/a FAST DAY LOANS, et al.

*Defendant(s)*

Civil Action No. 1:22-cv-00774-RLY-MG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BRET A. CRANDALL
1707 Randall Dr
Solon, IA 52333-9424

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark St. Suite 1500
Chicago, IL 60603
courtecl@edcombs.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Roger A.G. Sharpe

Date: 4/21/22

BY: _____
*Deputy Clerk*