IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KAREN BROWN,<br>on behalf of Plaintiff and the class members described herein,<br><br>                Plaintiff,<br><br>    v.<br><br>WLCC LENDING FDL d/b/a FAST DAY LOANS;<br>WAKPAMNI LAKE COMMUNITY CORPORATION;<br>WAKPAMNI LAKE COMMUNITY CORPORATION II d/b/a WLCC II;<br>GENEVA LONE HILL;<br>BRET A. CRANDALL;<br>RAYCEN RAINES, III, also known as RAYCEN AMERICAN HORSE RAINES and formerly known as RAYCEN BALLARD; and JOHN DOES 1-20;<br><br>                Defendants. | Case No.: 1:22-cv-00774-RLY-MG<br><br>**ORDER GRANTING**<br>**STIPULATION OF DISMISSAL** |

## ORDER GRANTING STIPULATION OF DISMISSAL

Before the Court is the parties' Stipulation of Dismissal, ECF No. 23. The parties have stipulated that Plaintiff's individual claims are to be dismissed with prejudice and the claims of the putative class are to be dismissed without prejudice, with each party to bear their own costs.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's individual claims are dismissed with prejudice, with each party to bear their own costs.

2. The claims of the putative class are dismissed without prejudice, with each party to bear their own costs.

Date: 8/30/2022

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to
Registered Counsel of Record